1  **CAROL ANN MOSES #164193**
Attorney at Law
2  545 East Alluvial, Suite 112
Fresno, California 93720
3  Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5  Attorney for Defendant, MARK MC ARTHUR

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES GOVERNMENT,    )   CASE NO. 6:07-mj-00101-WMW
                                 )
11 |             Plaintiff,      )
                                 )   STIPULATION TO VACATE
12 |                             )   TRIAL DATE AND SET
                                 )   SENTENCING HEARING
13 | vs                          )
                                 )
14 | MARK MC ARTHUR,             )
                                 )
15 |             Defendant.      )
                                 )
16 |_____)

17        IT IS HEREBY STIPULATED by and between the Defendant, MARK MC ARTHUR,

18 his Attorney of record, Carol Ann Moses, and the Legal Officer for the United States

19 Government, ELIZABETH WALDOW, that the Trial in the in the above-captioned matter

20 currently scheduled for March 12, 2008, at 10:00 a.m. be vacated and the matter be set for

21 sentencing on March 18, 2008 at 10:00 a.m.

22 Dated:    March 5, 2008

23                                          By:   /s/ Carol Ann Moses
                                                  CAROL ANN MOSES
24                                                Attorney for Defendant
                                                  MARK MC ARTHUR
25 Dated:    March 5, 2008
                                            By:   /s/ Elizabeth Waldow
26                                                Elizabeth Waldow
                                                  Legal Officer for
27                                                United States Government

28

1
STIPULATION TO VACATE  TRIAL AND SET SENTENCING AND ORDER THEREON

* * * ORDER * * *

The Court, having reviewed the above request to Vacate Trial Date and set sentencing for March 18, 2008 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Trial scheduled for Defendant, MARK MC ARTHUR, shall be vacated and the matter be set for sentencing on March 18, 2008 at 10:00 a

IT IS SO ORDERED.

**Dated:   March 6, 2008            /s/  William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE